| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 2:08-CR-212-LKK |
| v. ) | |
| ) | |
| MIGUEL EDWARDO VASQUEZ, et al ) | |
| _____ ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum    ( ) Ad Testificandum

Name of Detainee: Salvador Ramirez, X-Ref. No. 2469864
Detained at (custodian): Rio Consumnes Correction Center, 12500 Bruceville Rd., Elk Grove, California 95757

Detainee is: a.) (x) charged in this district by: (X) Indictment () Information () Complaint
        charging detainee with: conspiracy to distribute methamphetamine
 or b.) () a witness not otherwise available by ordinary process of the Court

Detainee will: a.) () return to the custody of detaining facility upon termination of proceedings
 or b.) (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Signature: /s/ Mary L. Grad
Printed Name & Phone No: Mary L. Grad  916-554-2763
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum    () Ad Testificandum

  The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 06/05/08            /s/ Gregory G. Hollows
                      _____
vasquez.ord2            GREGORY G. HOLLOWS
                  United States Magistrate Judge

_____

Please provide the following, if known:
AKA(s) (if applicable):                X Male  Female
Booking or CDC #: X-Ref. No. 2469864
Facility Address: Rio Consumnes Correction Center
       12500 Bruceville Road
       Elk Grove, California 95757
Facility Phone: 916-874-1927
Currently Incarcerated For: Parole Violation

_____
**RETURN OF SERVICE**

Executed on _____ By: _____
                             (Signature)