**ERIN J. RADEKIN**
**Attorney at Law  - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
SALVADOR JESUS RAMIREZ

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | **Case No. 08-CR-00212 LKK** |
| ) | |
| Plaintiff, ) | |
| ) | **MOTION FOR CONTINUANCE** |
| vs. ) | **OF SENTENCING; STIPULATION** |
| ) | **AND ORDER** |
| **SALVADOR JESUS RAMIREZ,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Mary L. Grad, and defendant Salvador Ramirez, by and through his counsel, Erin J. Radekin, hereby agree and stipulate to vacate the existing sentencing date in the above-captioned action, November 4, 2008 at 9:15 a.m., and to continue the matter to November 12, 2008 at 9:15 a.m. for sentencing in the courtroom of the Honorable Lawrence K. Karlton.

This continuance is requested by Ms. Radekin to accommodate an unexpected scheduling conflict and allow her time to prepare a stipulation regarding credit for time served.  The Court is advised that Ms. Grad concurs with this request and the November 12, 2008 sentencing date, and has authorized Ms. Radekin to sign this stipulation on her behalf.

1       Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

2   IT IS SO STIPULATED

3   Dated: October 31, 2008                              McGREGOR W. SCOTT
                                                         United States Attorney
4
                                                By:_____/s/ Mary L. Grad_____
5                                                        MARY L. GRAD
                                                         Assistant U.S. Attorney
6
    Dated: October 31, 2008                           _____/s/ Erin J. Radekin_____
7                                                        ERIN J. RADEKIN
                                                         Attorney for Defendant
8                                                        SALVADOR JESUS RAMIREZ

9

10                                      **ORDER**

11      IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for

12  November 4, 2007 at 9:30  a.m. is VACATED, and the matter continued until November 12,

13  2008 at 9:15 a.m. for sentencing.

14  Dated: November 3, 2008

15

16

17                                  LAWRENCE K. KARLTON
                                    SENIOR JUDGE
18                                  UNITED STATES DISTRICT COURT

19

20

21

22

23

24

25

26

27

28                                          2